# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **TONIA'S LEVEE LANDING, INC.** | **CASE NO. 6:21-CV-00266** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **COLONY INSURANCE CO.** | **MAG. JUDGE PATRICK J. HANNA** |

## ORDER

For the reasons set forth in the Ruling issued this date,

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand [ECF No. 9] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's incorporated motion for attorneys' fees and costs necessitated by Defendant's removal of the case is DENIED.

THUS DONE in Chambers on this 9th day of July, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE